UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION, an Ohio corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 10-14730 |
| v. | ) Judge: Patrick J. Duggan ) |
| SEVERSTAL NORTH AMERICA, INC., a Delaware corporation, | ) ) ) ) |
| Defendant. | ) ) |

/

## **STIPULATED ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the parties.  The Court is advised and orders that this action is dismissed with Prejudice and without costs or attorney fees to either party.

This is a final order and closes the case.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 22, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, September 22, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION, an Ohio corporation,<br><br>           Plaintiff,<br><br>v.<br><br>SEVERSTAL NORTH AMERICA, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 10-14730<br>Judge: Patrick J. Duggan |

_____/

| | |
|---|---|
| BEALS HUBBARD, PLC | CLARK HILL PLC |
| John A. Hubbard (P39624) | Edward J. Hood (P42953) |
| 30665 Northwestern Hwy., Ste. 100 | 500 Woodward Ave., Ste. 3500 |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| 248.932.1101 | 313.965.8300 |
| jhubbard@bealshubbard.com | ehood@clarkhill.com |
| Attorney for Plaintiff | Attorneys for Defendant |

_____/

## **STIPULATION**

The Parties, through their attorneys, stipulate to entry of an order of dismissal of this action with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| /s/ John A. Hubbard (with consent) | /s/ Edward J. Hood |
| John A. Hubbard | Edward J. Hood |
| Beals Hubbard PLC | Clark Hill PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 30665 Northwestern Hwy., Ste. 100 | 500 Woodward Avenue, Ste. 3500 |
| Farmington Hills, MI 48334 | Detroit, MI 48226-3435 |
| 248.932.1101 | 313.965.8300 |
| Bar Number: P39624 | Bar Number: P42953 |
| Email: jhubbard@bealshubbard.com | Email: ehood@clarkhill.com |